Michael J. Wood
Michael J. Wood, Attorney at Law, Consumer Protection Law Center, Ltd.
565 West Adams Street, Ste. 635
Chicago, IL 60661
(312) 488-4017

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE COUNTY OF EASTERN DIVISION

ALEXANDRE POUPON          CASE   NO. 1:14-cv-06528

V.

HEALTHCARE COLLECTIONS-I,
LLC

### AFFIDAVIT OF SERVICE

Richard F. Acree, A.C.P.S., being duly sworn, states; that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

Notification of Docket Entry

From Michael J. Wood on September 2, 2014, attorney(s) for the Plaintiff;
that he/she personally served the same upon the party/parties in the manner named below:

NAME: Healthcare Collections-I, LLC thru their Statutory Agent Richard A. Kobasic
DATE & TIME: 09/03/2014, at 11:30 am
PLACE: 5225 North Central Avenue, #220, Phoenix, AZ 85012

BY LEAVING WITH: Elizabeth Walls - Secretary, Authorized

Described as Sex: female, Age 30, Race: Caucasian, Height: 5'7", Weight: 120lbs, Hair: Brown,

Charges
  Service of Process    $ 16.00
  Document Prep         $ 11.00
  Mileage               $ 33.00
  total:                $ 60.00

Richard F. Acree, A.C.P.S.
Process Server registered in Maricopa County

Sworn to and subscribed before me, on September 3, 2014

PETER C MONTES
NOTARY PUBLIC, ARIZONA
MARICOPA COUNTY
My Commission Expires
December 12, 2017

Peter C. Montes
Notary Public

Frontier Private Process Service, 3150 North 24th Street, #D104, Phoenix, AZ 85016, (602) 258-0022

AZ5/P170941