

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

Instructions: Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: Michael J. Wood

FIRM: Wood Finko & Thompson P.C.

STREET ADDRESS: 73 W. Monroe Street, Suite 514

CITY/STATE/ZIP:   Chicago, IL 60603

PHONE NUMBER: (312)757-1880

E-MAIL ADDRESS: mwood@woodfinkothompson.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6315845

If you have previously filed an appearance with
this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 14-cv-5815 | Truesdale v. Portfolio Recovery | Hon. Robert M. Dow, Jr. |
| 14-cv-5844 | Mark v. Portfolio Recovery | Hon. Robert M. Dow, Jr. |
| 14-cv-4965 | Belkadi v. Portfolio Recovery Associates, et al | Hon. John W. Darrah |
| 14-cv-5109 | Wilson v. LVNV Funding, et al | Hon. Robert W. Gettleman |
| 14-cv-4655 | Cunningham v. Midland, et al | Hon. Joan H. Lefko |
| 14-cv-3854 | Washington v. Portfolio Recovery | Hon. Robert M. Dow |
| 14-cv-2746 | Paz v. Midland Funding, et al | Hon. Harry D. Leinenweber |
| 14-cv-5111 | Wilson v. Portfolio Recovery Associates, et al | Hon. Sidney I. Schenkier |
| 14-cv-5318 | Khalil v. Debt Recovery | Hon. Manish S. Shah |
| 14-cv-6528 | Poupon v. Healthcare Collections | Hon. Milton I. Shadur |
| 14-cv-6862 | Stockman v. Citibank, et al | Hon. Mathew F. Kennelly |
| 14-cv-7330 | Sutherland v. NCEP, LLC | Hon. Robert M. Dow, Jr. |
| 14-cv-7539 | Jimenez v. NCEP, LLC | Hon. Manish S. Shah |
| 14-cv-7753 | Wingate v. Resurgence, et al | Hon. John Z. Lee |
| 14-cv-7754 | Gray v. LTD Fin. Svcs. | Hon. Robert W. Gettleman |
| 14-cv-7841 | Davis v. Asset Acceptance | Hon. Thomas M. Durkin |
| 14-cv-7953 | Espanola v. Pinnacle Credit Svcs. | Hon. John J. Tharp, Jr. |
| 14-cv-7954 | Chira v. Midland Funding, et al | Hon Ronald A. Guzman |
| 14-cv-8179 | Vaughn v. Account Recovery | Hon. Harry D. Leinenweber |
| 14-cv-8181 | Moffitt v. Capital Accounts, LLC | Hon. Andrea R. Wood |

| | | |
|---|---|---|
| 14-cv-8198 | Acosta v. Credit Bureau of Napa | Hon. Rebecca R. Pallmeyer |
| 14-cv-8398 | Moffitt v. CACH, LLC | Hon. James B. Zagel |
| 14-cv-8399 | Washington v. Midland Funding, et al | Hon. Virginia M. Kendall |
| 14-cv-8459 | Uher v. LVNV Funding, LLC | Hon. John J. Tharp, Jr. |
| 14-cv-1800 | Jones v. Midland Funding, et al | Hon. Samuel Der-Yeghiayan |
| 14-cv-1316 | Spruce v. Midland Funding, et al | Hon. Maish S. Shah |
| 14-cv-8780 | Murphy v. Midland Funding et al | Hon. Joan B. Gottschall |

s/*Michael Jacob Wood*                                      *11/14/2014*
  Michael Jacob Wood                                                       Date