07/10/2014                    File Number: 344396778

-Begin Credit Report-

## Personal Information

SSN:
Your SSN has been masked for your protection.
**Names Reported:** ALEXANDRE P. POUPON and ALEX P. POUPON
**Addresses Reported:**
Address

You have been on our files since 06/13/2011
Date of Birth:

Date Reported
03/31/2014
12/14/2012
06/04/2011

**Telephone Numbers Reported:**
(847) 867-8885

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remarks Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

PDE    PAYMENT DEFERRED

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For your protection, your account numbers have been partially masked, and in some cases scrambled.

**HEALTHCARE COLL LLC**    #M188**
2224 W NORTHERN AVE SUITE D100
PHOENIX, AZ 85021
(602) 943-3101

| | | | | |
|---|---|---|---|---|
| Placed for collection: | 02/02/2011 | Balance: | $1,023 | Pay Status:    >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 07/08/2014 | |
| Account Type: | Open Account | Original Amount: | $1,023 | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-BANNER DESERT (Medical/Health Care) | |
| | | Past Due: | >$1,023< | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 12/2017